UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DURAND DYTANYA HALL, | Case No. SACV 08-00399 ABC (AN) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBRA DEXTER, Warden | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the petition is denied and dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: May 27, 2008

/ s /   AUDREY B. COLLINS
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE